# Court of Appeals
# of the State of Georgia

ATLANTA, September 23, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0341. MARQUELL CARTER v. THE STATE.**

In November 2015, Marquell Carter pled guilty to rape. In January 2022, Carter filed an out-of-time motion to withdraw his guilty plea, arguing that he was not informed of his right to appeal. The trial court construed the motion as a motion seeking an out-of-time appeal, which the trial court dismissed on May 16, 2022. Carter filed this direct appeal on September 13, 2022. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995). Because Carter's notice of appeal was filed 120 days after the order dismissing his motion, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 09/23/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____, Clerk.